**Order filed October 24, 2017**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00401-CR
_____

**ROBERT SHEROD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 178th District Court
Harris County, Texas
Trial Court Cause No. 1440723

## ORDER

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **November 6, 2017**, containing:

1. Motion to substitute counsel, filed August 3, 2017; and
2. Order granting motion to substitute counsel, signed August 3, 2017.

If any requested item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the requested item is not a part of the case file.

PER CURIAM